# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 11-cv-01648-REB

UNITED STATES OF AMERICA,

    Petitioner,

v.

MARK STEPHENSON, President, Okeanos Ltd.,

    Respondent.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal of Case** [#5][1] filed July 28, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Case** [#5] filed July 28, 2011, is **APPROVED**;

2. That the Order To Show Cause Hearing set for Friday, July 29, 2011, is **VACATED**; and

3. That this action is **DISMISSED** without prejudice.

Dated July 28, 2011, at Denver, Colorado.

                                                **BY THE COURT:**

                                                */s/ Bob Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge

---

[1] "[#5]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.